**Order entered May 24, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00567-CV

### DARLENE C. AMRHEIN, Appellant
### V.
### ATTORNEY LENNIE F. BOLLINGER AND
### WORMINTON & BOLLINGER LAW FIRM, Appellees

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02654-2017**

## ORDER

Before the Court are (1) appellant's April 4, 2019 motion "for stay and abatement;" (2) appellant's April 5, 2019 "motion to stay this appeal;" (3) appellees' April 11, 2019 response in opposition to appellant's motions for stay; and (4) appellant's April 23, 2019 "objections to appellees objections." In her April 4th motion, appellant appears to complain of our April 1, 2019 order directing her to file written verification she has made arrangements to pay the reporter's fee.[1] In her April 5th motion, appellant appears to request a stay of this appeal until the Court receives "supplements" of records from "outside cases." We **DENY** the motions.

As briefing appears complete, this appeal will be submitted in due course.

/s/     KEN MOLBERG
        JUSTICE

---

[1] She also appears to complain of certain matters concerning a separate appeal she has filed. Those complaints are not properly before us in this appeal.